**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| GSI WIND DOWN, INC., *et al.*,[1] | Case No. 22-11057 (MEW)<br>Lead Case |
| Debtors. | Jointly Administered |
| GSI WIND DOWN, INC. and<br>GETSWIFT TECHNOLOGIES LIMITED, | |
| Plaintiffs, | Adv. No. 23-01015 (MEW) |
| v. | |
| RETAIL ECOMMERCE VENTURES, LLC, | |
| Defendant. | |

**ORDER DENYING PLAINTIFFS' MOTION**
**TO DISMISS DEFENDANT'S COUNTERCLAIM**

Upon consideration of the Plaintiffs' Motion to Dismiss Defendant's Counterclaim (Adv. Docket No. 15, the "Motion"); and having considered the objection to the Motion made by the Defendant and the argument of counsel at a duly-notice hearing (the "Hearing") on the Motion; and after due deliberation and consideration, and for good and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion is denied for the reasons stated on the record at the Hearing; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GSI Wind Down, Inc. f/k/a GetSwift, Inc. (4235) and GetSwift Technologies Limited (4875).

**ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated:   July 25, 2023
           New York, New York

<u>s/Michael E. Wiles</u>
Hon. Michael E. Wiles
United States Bankruptcy Judge
