**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11, Subchapter V |
| | : | |
| GSI WIND DOWN, INC., *et al.*,[1] | : | Case No. 22-11057 (MEW) |
| | : | Lead Case |
| Debtors. | : | Jointly Administered |

| | | |
|---|---|---|
| GSI WIND DOWN, INC. and | : | |
| GETSWIFT TECHNOLOGIES LIMITED, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Adv. No. 23-01015 (MEW) |
| v. | : | |
| | : | |
| RETAIL ECOMMERCE VENTURES, LLC, | : | |
| | : | |
| Defendant. | : | |

**ORDER GRANTING DEBTORS'/PLAINTIFFS' MOTION FOR
ENTRY OF ORDER APPROVING SETTLEMENT BETWEEN DEBTORS AND
RETAIL ECOMMERCE VENTURES, LLC DISMISSING ADVERSARY PROCEEDING**

Upon the Motion (ECF 171, the "**Motion**")[2] of the above captioned debtors and debtors-in-possession (the "**Debtors**"), pursuant to Bankruptcy Code sections 105(a) and 363 and Bankruptcy Rule 9019(a) approving the settlement between the Debtors and Retail Ecommerce Ventures, LLC ("**REV**" and, together with the Debtors, the "**Parties**"); and the Court having subject matter jurisdiction to consider and determine the Motion, and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409 and it appearing that due and sufficient notice of the Motion has been

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GSI Wind Down, Inc. f/k/a GetSwift, Inc. (4235) and GetSwift Technologies Limited (4875).

[2] Capitalized terms that are used, but not defined, herein, shall have the same meanings as ascribed to such terms in the Motion.

given and upon the record of the hearing on the Motion and all of the proceedings had before this Court; and noting the absence of any objections to the relief requested in the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The REV Litigation shall be dismissed and mutual releases exchanged between the Parties, with each Party to bear its own costs.

3. The Debtors and REV are authorized to take any and all action necessary to effectuate the relief granted pursuant to this Order.

4. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation, interpretation or enforcement of this Order.

Dated: New York, New York
October 12, 2023

/s/ **Michael E. Wiles**
HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE